UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

Jose Villanueva Miranda
   Petitioner

   v.

UNITED STATES OF AMERICA
   Respondent

**FILED**

**October 6, 2020**

KAREN MITCHELL
CLERK, U.S. DISTRICT No. 5:20-cv-00121=H
COURT

**5:20-CV-241-H**

MOTION PURSUANT TO 28 USC § 1346

**Comes Now,** Jose Villanueva Miranda, pro se, and files the above styled motion.

Petitioner was indicted in this district and charges were brought in connection with the possession of a cell phone that was found on him while serving a term at Giles W. Dalby C.I. loacated at 805 North Ave. F, Post, TX 79356.

While in transfer, his property as listed on Attachment "A" was packed by the R&D Department. After, returning from Lubbock Detention to the aforementioned prison, the property was not re-turned. To date, the facility refuses to give an explanation on the whereabouts of Petitioner's property or make an effort in locating it. The Grievance Step 1 filed on this matter were never answered and there is no indication the private facility will return the property.

Accordingly, Petitioner requests that this court order the government the full compensation for the loss of the listed items in the sum of $394.07.

Dated: 09-21-2020

Respectfully Submitted,

No. 33655-057

**ATTACHMENT "A"**

<u>LIST OF PROPERTY MISSING</u>

| | | |
|---|---|---|
| 1. Pantene Shampoo | $6.80 | |
| 2. Pantene Conditioner | $6.75 | |
| 3. Speed Stick Deo. | $3.00 | |
| 4. (2) Colgate Toothpaste | $6.60 | Total |
| 5. Reebok Tennis Shoes | $35.99 | |
| 6. Sony Radio | $47.00 | |
| 7. JVC Headphones | $17.99 | |
| 8. (5) Gray T-shirts | $27.50 | Total |
| 9. (2) Pairs of Boxerbriefs | $25.20 | Total |
| 10. (2) Sweat Pants | $31.00 | Total |
| 11. (5) Pairs of Socks Hanes | $10.00 | Total |
| 12. (2) White Hats | $11.00 | |
| 13. (2) Sweat Shirts | $21.90 | Total |
| 14. (2) Thermal Bottoms | $21.90 | Total |
| 15. Blue Cooler | $9.69 | |
| 16. (3) Plastic Bowls | $10.20 | Total |
| 17. (2) Platic Cups | $6.90 | Total |
| 18. 1 pair of Cleets Shoes | $48.90 | |
| 19. 1 spoon and 1 fork | $00.35 | Total |
| 20. 1 pair of Sony Headphones | $13.00 | |
| 21. 3 Mesh Gray Shorts XL | $32.40 | Total |

**$394.07    NET TOTAL LOSS**

## FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE**

| IN THE UNITED STATES ☑ DISTRICT COURT    ☐ COURT OF APPEALS    ☐ OTHER *(Specify below)* | | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | FOR | |
| JOSE V. v. U.S.A WATERLANDA | U.S. DISTRICT COURT FOR AT NORTHERN TEXAS | T BA |

| PERSON REPRESENTED *(show your full name)* | | 1 ☑ Defendant - Adult 2 ☐ Defendant - Juvenile 3 ☐ Appellant 4 ☐ Probation Violator 5 ☐ Supervised Release Violator | DOCKET NUMBERS |
|---|---|---|---|
| | | | Magistrate Judge |
| | | 5 ☐ Habeas Petitioner | District Court |
| CHARGE/OFFENSE *(describe if applicable & check box →)*   ☑ Felony   ☐ Misdemeanor | | 6 ☐ 7 ☐ 2255 Petitioner 8 ☐ Material Witness 9 ☐ Other *(Specify)* | Court of Appeals |

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed?    ☐ Yes   ☑ No   ☐ Self-Employed

Name and address of employer:

| IF YES, how much do you earn per month? $ | IF NO, give month and year of last employment? How much did you earn per month? $ |
|---|---|

If married, is your spouse employed?    ☐ Yes   ☑ No

| IF YES, how much does your spouse earn per month? $ | If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ |
|---|---|

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes   ☑ No

IF YES, give the amount received and identify the sources
RECEIVED $ 100 / PER MONTH     SOURCES FRIENDS
$
$

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No   IF YES, total amount? $ Ø

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

| IF YES, give value and description for each | VALUE $ $ $ $ | DESCRIPTION |
|---|---|---|

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents: Ø

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| 35 MONTH TELEPHONE | $ 35 | $ 35 00 |
| COMMISARY | $ 65 | $ 65 00 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date: 09/25/2020

[ Print ]    [ Save As... ]    [ Reset ]

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## CERTIFICATE OF SERVICE

I, Sove J. Willanda · certify that on , 09 -25 2020, I mailed copies of the said petition to :

---

## CLERK OF COURT

For the U.S. District Court of TEXAS   , I certify under the penalty of perjury that the foregoing statement is to be true and correct to the best of my knowledge.

**28 U.S.C. §1746**

NO COPY MAILED TO U.S. PROSECUTOR AS NO ADDRESS WAS AVAILABLE.

Respectfully Submited,

JOSE VILLANUEVA M.
NO. 33655-057
805 N. AVE. F
POST , TX 79356

Jose V. Williams
No. 33655-057
Giles W. Dalby
805 N. Ave. F
Post, TX 79356

Post, TX 79356

RECEIVED
SEP 30 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Court
1205 Texas Ave. #209
Lubbock TX 79401

LUBBOCK TX 794
29 SEP 2020 PM 2 L



79401-402Y85